People ex rel. Watts v Warden, Otis Bantum Corr. Ctr. (2024 NY Slip Op 04511)

People ex rel. Watts v Warden, Otis Bantum Corr. Ctr.

2024 NY Slip Op 04511

Decided on September 23, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 23, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
ROBERT J. MILLER
WILLIAM J. FORD
DEBORAH A. DOWLING, JJ.

2024-08768

[*1]The People of the State of New York, ex rel. Gregory S. Watts, on behalf of Walter Porter, petitioner,
v
Warden, Otis Bantum Correctional Center, respondent.

Watts & Watts, Brooklyn, NY (Gregory S. Watts pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehey, Jonathan Visotzky, and Matthew Perry of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Walter Porter upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 1199/2019.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The Supreme Court, Kings County, did not abuse its discretion in remanding the principal, Walter Porter, pursuant to CPL 530.60(2)(b) (see CPL 530.60[2][b][iv]; see also People ex rel. Rankin v Brann, 41 NY3d 436).
BARROS, J.P., MILLER, FORD and DOWLING, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court